IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No: 1: 20 – CV – 2586 – CMA- MEH**

CHERI COLEY

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

**Stipulation for Dismissal with Prejudice**

---

    COME NOW the Parties, by and through their counsel of record, with their Stipulation for Dismissal with Prejudice.

    All claims in this matter have been settled fully and finally, each party to pay their own attorney fees and costs.

APPROVED this 13th day of January, 2021.

| | |
|---|---|
| *s/ Michael S. Krieger* | *s/ Jack M. Englert, Jr.* |
| Michael S. Krieger | Jack M. Englert, Jr. |
| Michael S. Krieger, LLC | Holland & Hart LLP |
| 165 South Union Blvd, Ste 310 | 555 Seventeenth Street, Suite 3200 |
| Lakewood CO 80228 | Denver CO 80202 |
| Telephone: 303-781-5559 | Telephone: 303-290-1087 |
| Mike@Krieger.Law | jenglert@hollandhart.com |
| Attorney for Plaintiff | Attorney for Defendant |
| Cheryl J. Coley | Life Insurance Co. of North America |

Case No. 1:20-cv-02586-CMA-MEH    Document 22    filed 01/13/21    USDC Colorado
pg 2 of 3

Jack M. Englert, Jr.
8390 East Crescent Parkway Suite #400
Greenwood Village CO 80111
303-290-1600
Fax: 303-290-1606                                          *s/Michael S. Krieger*
jenglert@hollandhart.com                                  Michael S. Krieger

## Requests for Admission

1.   Relative to the documents produced in response to the above Requests for Production, please admit, with respect to each such document, that it is a true and accurate copy of a business record, including but not limited to record or data compilation of transaction, event or act of the Defendant.

2.   Relative to the documents produced in response to above Requests for Production, please admit that each was made and kept in the course of a regular business activity of the Defendant, and made at or near the time by, or from information transmitted by, an employee or agent of the Defendant who had knowledge of the transaction, act or event referred to in the document.

3.   For each of the documents produced in response to the above Requests for Production, please admit that each is a true and accurate copy of a business record, including but not limited to record or data compilation of transaction, event or act of the Defendant.

4.   For each of the documents produced in response to the above Requests for Production, please admit that each was made and kept in the course of a regular business activity of the Defendant, and made at or near the time by, or from information transmitted by, an employee or agent of the Defendant who had knowledge of the transaction, act or event referred to in the document.